# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

## NOT DESIGNATED FOR PUBLICATION

Glen D. Vamvoras
Vamvoras & Schwartzberg
1111 Ryan St.
Lake Charles LA 70601

Michael H. Schwartzberg
Vamvoras & Schwartzberg
1111 Ryan St.
Lake Charles LA 70601

Shane Hinch
Attorney at Law
1111 Ryan Street
Lake Charles LA 70605

### REHEARING ACTION: May 11, 2011

**Docket Number: 11    00031-CW**

**SOUTHWEST LOUISIANA
ASSOCIATION OF CRIMINAL
DEFENSE LAWYERS, INC., ET AL.
VERSUS
CALCASIEU PARISH SHERIFF'S
OFFICE, ET AL.**

**Writ Application from Calcasieu Parish Case No. 10-2865**

**BEFORE JUDGES:**

**Hon. Sylvia R. Cooks
Hon. Marc T. Amy
Hon. Elizabeth A. Pickett
Hon. Billy Howard Ezell
Hon. James T. Genovese**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **SW Louisiana Association of Criminal Defense Lawyers, Inc.**

has this day been

**DENIED.**
Cooks, J., would grant rehearing.

cc: Stephen C. Dwight, Counsel for the Applicant
    David Frank Dwight, Counsel for the Applicant
    John Foster DeRosier, Counsel for the Applicant
    Carla Sue Sigler, Counsel for the Applicant